AMBERLEA DAVIS
Nevada Bar Number: 11551
Law Offices of Amberlea Davis
415 S. Sixth St, Ste 300
Las Vegas, NV 89101
Phone: (702) 440-8000
Email: Amber@SheIsMyLawyer.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLARENCE WILDCAT, an individual, and CHRISTINE WILDCAT, an individual, <br><br> Plaintiffs <br><br> v. <br><br> AMERICAN WEST HOMEBUILDING GROUP doing business as AMERICAN WEST HOMES, a domestic Corporation, loanDepot.com, LLC, doing business as imortage, a foreign Limited Liability Company and DOES 1 through 10 and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants | District Court Case No. 2:19-cv-01248 <br> Lower Case No.: A-19-797248-C <br><br> STIPULATION AND ORDER TO ALLOW PLAINTIFFS TO AMEND THE COMPLAINT |

Comes now, Plaitniffs CLARENCE WILDCAT and CHRISTINE WILDCAT, by and through their attorney of record, AMBERLEA DAVIS of the LAW OFFICES OF AMBERLEA DAVIS, and Defendant LOANDEPOT.com, LLC, doing business as imortgage, by and through their attorney of record, ANDREW A. BAO, Esq. of WOLFE & WYMAN, LLP, and hereby agree as follows:

WHEREAS Defendant AMERICAN WEST HOMEBUILDING GROUP doing business as AMERICAN WEST HOMES is the incorrect name for the proper defendant AMERICAN WEST DEVELOPMENT, INC.

1

And WHEREAS Defendant AMERICAN WEST HOMEBUILDING GROUP doing business as AMERICANWEST HOMES has not been served or appeared in the action, and PLAINTIFFS desire to amend their complaint to replace the incorrect party with AMERICAN WEST DEVELOPMENT, INC. PLAINTIFFS filed an amended complaint in the underlying Eighth Judicial Court case, however, the matter had already been removed to Federal Court.

IT IS HEREBY STIPULATED between all parties who have appeared in this action that PLAINTIFFS ~~may,~~ *must* within seven days of the date this order is entered, file an amended complaint which corrects the parties named in the complaint.

IT IS FURTHER STIPULATED that Defendant LOANDEPOT.com, LLC., doing business as imortgage, shall have 14 days from the date the Amended Complaint is filed to file an answer and shall have no obligation to file an answer to the original complaint.

IT IS FURTHER STIPULATED for purposes of the statute of limitations, the original filing date shall govern.

IT IS SO STIPULATED

DATED this 24th day of July, 2019.

| __/s/ Amberlea Davis____<br>LAW OFFICES OF AMBERLEA DAVIS<br>Nevada Bar 11551<br>Law Office of Amberlea Davis<br>415 S. 6th St. Suite 300<br>Las Vegas, NV 89101<br>(702) 440-8000<br>702) 933-9117<br>*Attorney for Plaintiffs* | ___/s/ ANDREW A. BAO___<br>ANDREW A. BAO, Esq.<br>Nevada Bar 10508<br>WOLFE & WYMAN, LLP<br>6757 Spencer Sreet<br>Las Vegas, NV 89119<br>(702) 476-0100<br>Attorneys for Defendant<br>LOANDEPOT.COM, LLC dba imortgage. |

IT IS SO ORDERED.
Dated: July 26, 2019
.
.
_____
United States Magistrate Judge