AMBERLEA DAVIS
Nevada Bar Number 11551
Law Offices of Amberlea Davis
415 South Sixth Street, Suite 300
Las Vegas, Nevada 89101-6937
Phone: (702) 440-8000
Email: Amber@SheIsMyLawyer.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARENCE WILDCAT, an individual, and CHRISTINE WILDCAT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN WEST DEVELOPMENT, INC., a domestic Corporation, loanDepot.com, LLC, doing business as imortgage, a foreign Limited Liability Company and DOES 1 through 10 and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | USDC Case No. 2:19-cv-01248-JAD-NJK<br><br>Lower Case No. A-19-797248-C<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE DEFENDANT LOANDEPOT.COM, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (First Request)** |

COME NOW Plaintiffs CLARENCE WILDCAT and CHRISTINE WILDCAT, by and through their attorney of record, AMBERLEA DAVIS of the Law Offices of Amberlea Davis, and Defendant LOANDEPOT.COM, LLC, doing business as imortgage, by and through their attorney of record, ANDREW A. BAO of Wolfe & Wyman, LLP, and hereby stipulate that:

WHEREAS Defendant LOANDEPOT.COM, LLC, doing business as imortgage filed a Motion to Dismiss Plaintiff's First Amended Complaint pursuant to FRCP 12(b)(6) on August 15, 2019; and

WHEREAS Plaintiffs' opposition to said motion is to be filed on or before August 29, 2019;

WHEREAS additional defendants are being served and made parties to this action;

WHEREAS the other defendants may have counterclaims or cross-claims that Plaintiffs, Defendant LOANDEPOT.COM, LLC, and the Court will need to consider; and

WHEREAS this is the first stipulation for extension of time to oppose motions,

1

IT IS HEREBY STIPULATED between all parties who have appeared in this action that Plaintiffs may enlarge the time allowed by rule to file their opposition to said motion by thirty (30) days, making the opposition due to be filed on or before September 28, 2019.

IT IS SO STIPULATED.

DATED this 29th day of August 2019.

| /s/ Amberlea Davis | /s/ Andrew A. Bao |
|---|---|
| AMBERLEA DAVIS<br>Nevada Bar No. 11551<br>Law Office of Amberlea Davis<br>415 South Sixth Street, Suite 300<br>Las Vegas, Nevada 89101-6973<br>*Attorney for Plaintiffs* | ANDREW A. BAO, ESQ.<br>Nevada Bar No. 10508<br>Wolfe & Wyman, LLP<br>6757 Spencer Street<br>Las Vegas, Nevada 89119<br>*Attorney for Defendant LoanDepot.com, LLC, doing business as imortgage* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: 9/3/2019