# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CLARENCE WILDCAT, et al.,
    Plaintiff(s),

v.

LOANDEPOT.COM, LLC, et al.,
    Defendant(s).

Case No.: 2:19-cv-01248-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than October 11, 2019, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: October 4, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge