1 | UNITED STATES DISTRICT COURT
2 | DISTRICT OF NEVADA

| | |
|---|---|
| Clarence Wildcat, et al., | Case No. 2:19-cv-01248-JAD-NJK |
| Plaintiffs | |
| v. | **Order Adopting Report and Recommendation, Dismissing Real Estate Settlement Procedures Act Claims, and Remanding Case** |
| American West Development, Inc., et al., | |
| Defendants | |
| | [ECF Nos. 9, 35] |

On November 15, 2019, Magistrate Judge Nancy Koppe evaluated Loan Depot's motion to dismiss this case[1] in which American West joins,[2] along with plaintiffs' response and Loan Depot's reply. In a report and recommendation, she recommends that I dismiss plaintiffs' claim under the Real Estate Settlement Procedures Act (RESPA) without leave to amend and remand to state court the remaining claims.[3] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one.[4] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 35] is ADOPTED** in full;

---

[1] ECF No. 9.
[2] ECF No. 22.
[3] ECF No. 35.
[4] *See id.* ("Objections to R&R due by 11/29/2019").
[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT the motion to dismiss **[ECF No. 9] is GRANTED**; Plaintiffs' RESPA claim is dismissed. The Clerk of Court is directed **to REMAND this case back to state court, case No. A-19-797248-C, Department 13,** for adjudication of the remaining state-law claims, and CLOSE THIS CASE.

Dated: December 3, 2019

_____
U.S. District Judge Jennifer A. Dorsey